## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| ANDREW CHRISTENSEN and<br>JESSICA LAWRENCE,<br><br>    Plaintiffs,<br><br>  v.<br><br>LOUISVILLE LADDER, INC., and<br>WALMART, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   No. 4:23-CV-136 HEA<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL AND JUDGMENT

In accordance with the Opinion, Memorandum, and Order of today's date, and the Opinion, Memorandum, and Order dated March 28, 2024, both of which are incorporated herein,

**IT IS HEREBY ORDERED** that Jessica Lawrence's claims in Counts XI, XII and XIII of the Complaint against the remaining defendant, Louisville Ladder, Inc., are **DISMISSED with prejudice** for failure to state a claim.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of the remaining defendant, Louisville Ladder, Inc., and against Plaintiff Andrew Christensen on all remaining claims, Counts I, II, III, IV, V, VI, VII, VIII, IX and X of the Complaint.

Dated this 5th day of September, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE